█ In the Matter of JULIUS CAPOZZI et al., Respondents, v JEAN E. CHRISMAN, as Zoning Officer of Town of Canandaigua, et al., Appellants. [743 NYS2d 770] —Appeal from a judgment of Supreme Court, Ontario County (Harvey, J.), entered November 20, 2001, which granted the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Ontario County, Harvey, J. Present—Green, J.P., Hayes, Hurlbutt, Burns and Gorski, JJ.